UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-38423 |
|---|---|
| DEBORAH IIAMES | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985960**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 20 | CHECK ADVANCE<br>1182 N BROAD ST<br>FAIRBORN, OH  45324 | 128.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service          04-38423

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DEBORAH IIAMES
200 VILLA DR
NEW CARLISLE, OH  45344

RUTH SLONE
BOX 3340
DAYTON, OH  45401

(35.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(20.1)
CHECK ADVANCE
1182 N BROAD ST
FAIRBORN, OH  45324

(41.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(44.1n)
HSBC MORTGAGE SERVICES
BOX 21188
EAGAN, MN  55121

(1006.1n)
JOHN D CLUNK CO LPA
SCOTT P CIUPAK
5601 HUDSON DRIVE
HUDSON, OH  44236

(40.1n)
MILLER & CLARK LLP
19732 MACARTHUR BLVD
SUITE 100
IRVINE, CA  92612

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner          cs